ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
JENNIFER L. NOCK (SBN 160663)
jnock@meyersnave.com
NEELAM NAIDU (SBN 239052)
nnaidu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

NICHOLAS S. CHRISOS, COUNTY COUNSEL
and TERI L. MAKSOUDIAN, DEPUTY (SBN 167848)
Teri.Maksoudian@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, CA 92701
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendant
County of Orange

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIRED EMPLOYEES ASSOCIATION OF ORANGE COUNTY, INC., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ORANGE, <br><br> Defendant. | CASE NO. SACV 07-1301 AG (MLGx) <br><br> **[JUDGMENT** <br><br><br> Complaint Filed: November 5, 2007 |

[Proposed] Judgment                                             Case No. SACV 07-1301 AG (MLGx)

1  This action came on for hearing before the Court on December 22, 2008,
2  Hon. Andrew J. Guilford, District Judge Presiding, on Defendant's Motion for
3  Summary Judgment.  The evidence presented having been fully considered, the
4  issues having been duly heard and pursuant to the Order Granting Defendant's
5  Motion for Summary Judgment and Denying as Moot Plaintiff's Motion for
6  Summary Adjudication,
7  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
8  action be dismissed on the merits and that defendant County of Orange recover its
9  costs in the amount of $_____.

DATED: July 06, 2009

By: _____
Andrew J. Guilford
United States District Judge

1259361.1