ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
JENNIFER L. NOCK (SBN 160663)
jnock@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

NICHOLAS S. CHRISOS, COUNTY COUNSEL
and TERI L. MAKSOUDIAN, DEPUTY (SBN 167848)
Teri.Maksoudian@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, CA 92701
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendant
County of Orange

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIRED EMPLOYEES ASSOCIATION OF ORANGE COUNTY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE,<br><br>Defendant. | CASE NO. SACV 07-1301 AG (MLGx)<br>RELATED CASE NO.<br>SACV09-0098 AG (MLGx)<br><br>**JUDGMENT**<br><br><br>Complaint Filed: November 5. 2007 |

This action came on for hearing before the Court on May 21, 2012, Hon. Andrew J. Guilford, District Judge Presiding, after remand, on Defendant's Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard, and pursuant to the Order Granting Defendant's Motion for Summary Judgment and Denying as Moot Plaintiff's Motion for Summary Adjudication, filed August 13, 2012,

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits, and that Defendant County of Orange recover its costs in the amount of $36,010.21, as stated in the Amended Bill of Costs, filed August 10, 2009, as Document 201, which costs plaintiff paid to the County in November 2009.

DATED: August 28, 2012

By: _____
Andrew J. Guilford
United States District Judge

1952109.1